EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Héctor Martínez Jiménez | 2007 TSPR 16 169 DPR _____ |
|---|---|

Número del Caso: TS-6288

Fecha: 26 de enero de 2007

Colegio de Abogados de Puerto Rico:

Lcdo. José M. Montalvo Trías
Director Ejecutivo

Materia: Conducta Profesional
(La suspensión del abogado advino final y firme el día 21 de febrero de 2007)

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Héctor Martínez Jiménez                    TS-6648


RESOLUCIÓN


San Juan, Puerto Rico, a 26 de enero de 2007.

Atendida la condición de salud del querellado, y conforme a nuestra Resolución de 11 de octubre de 2006, se ordena la suspensión indefinida de Héctor Martínez Jiménez del ejercicio profesional.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo